```
PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
JUSTIN GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00055-JLT-SKO |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| ROBERTO SORIA-CUEVAS;<br>ALFONSO ORTIZ;<br>    AKA "40";<br>ANGELICA FLORES,<br>    AKA "CUPCAKE";<br>JOSE MARIA MEDINA FRANCO;<br>YERLLY VEGA;<br>JORGE AVILA PEREZ;<br>CARLOS MACIAS MANZO;<br>LORRAINE RENTERIA;<br>JOSE RAMON MAYORGA;<br>CORY JAY DONALDSON;<br>JOSHUA BROCK;<br>CORNELL HICKS;<br>LANDON JONES;<br>WILLIAM BOSMA;<br>ARNOLD HUERTA;<br>JENNIFER HUERTA;<br>EDGAR ROBLES;<br>JAMES EARL MELO;<br>PRISCILLA PITTS;<br>MARIE QUAADMAN;<br>DERRICK WALLEN,<br>            Defendants. | |

1

**STIPULATION**

1. By previous order, this matter was set for status on April 17, 2024.

2. By this stipulation, defendants now move to continue the status conference until August 21, 2024, and to exclude time between April 17, 2024, and August 21, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The discovery associated with this case is voluminous and includes tens of thousands of pages, including investigative reports, photographs and videos, as well as hundreds of hours of recorded telephone conversations pursuant to wiretap orders, cellular phone extractions, and large amounts of cellular telephone precise location data and vehicle tracker data. All this discovery has been either produced directly to counsel, and/or made available for inspection and copying.

   b) The government continues to collect and process additional supplemental discovery in this case and plans to produce that discovery between today's date and the August status conference date.

   c) Counsel for defendants desire additional time to consult with their clients, conduct investigation, review the voluminous discovery, prepare for a possible trial, and explore a potential resolution of the case.

   d) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) The government does not object to the continuance.

   f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 17, 2024 to August 21, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i), B(ii), and B(iv) because the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution,

or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section. This stipulation also results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 10, 2024                       PHILLIP A. TALBERT
                                            United States Attorney

                                            /s/ ANTONIO J. PATACA
                                            ANTONIO J. PATACA
                                            Assistant United States Attorney

Dated: April 10, 2024                       /s/ DAVID TORRES
                                            DAVID TORRES
                                            Counsel for Defendant
                                            YERLLY VEGA

Dated: April 10, 2024                       /s/ SCOTT QUINLIN
                                            SCOTT QUINLIN
                                            Counsel for Defendant
                                            ALFONSO ORTIZ

Dated: April 10, 2024                       /s/ PETER JONES
                                            PETER JONES
                                            Counsel for Defendant
                                            ANGELICA FLORES

| | |
|---|---|
| Dated: April 10, 2024 | /s/ ERIC KERSTEN<br>ERIC KERSTEN<br>Counsel for Defendant<br>JOSE MARIA MEDINA FRANCO |
| Dated: April 10, 2024 | /s/ DAVID TORRES<br>DAVID TORRES<br>Counsel for Defendant<br>YERLLY VEGA |
| Dated: April 10, 2024 | /s/ PATRICK AGUIRRE<br>PATRICK AGUIRRE<br>Counsel for Defendant<br>JORGE AVILA PEREZ |
| Dated: April 10, 2024 | /s/ DINA SANTOS<br>DINA SANTOS<br>Counsel for Defendant<br>CARLOS MACIAS MANZO |
| Dated: April 10, 2024 | /s/ DARRYL YOUNG<br>DARRYL YOUNG<br>Counsel for Defendant<br>LORRAINE RENTERIA |
| Dated: April 10, 2024 | /s/ MILES HARRIS<br>MILES HARRIS<br>Counsel for Defendant<br>JOSE RAMON MAYORGA |
| Dated: April 10, 2024 | /s/ BARBARA O'NEILL<br>BARBARA O'NEILL<br>Counsel for Defendant<br>CORY JAY DONALDSON |
| Dated: April 10, 2024 | /s/ JOHN GARLAND<br>JOHN GARLAND<br>Counsel for Defendant<br>JOSHUA BROCK |

| | |
|---|---|
| Dated: April 10, 2024 | /s/ HARRY DRANDELL<br>HARRY DRANDELL<br>Counsel for Defendant<br>CORNELL HICKS |
| Dated: April 10, 2024 | /s/ SERITA RIOS<br>SERITA RIOS<br>Counsel for Defendant<br>LANDON JONES |
| Dated: April 10, 2024 | /s/ MARK COLEMAN<br>MARK COLEMAN<br>Counsel for Defendant<br>WILLIAM BOSMA |
| Dated: April 10, 2024 | /s/ MIKE MCKNEELY<br>MIKE MCKNEELY<br>Counsel for Defendant<br>ARNOLD HUERTA |
| Dated: April 10, 2024 | /s/ MARK BROUGHTON<br>MARK BROUGHTON<br>Counsel for Defendant<br>JENNIFER HUERTA |
| Dated: April 10, 2024 | /s/ TIM HENNESSY<br>TIM HENNESSY<br>Counsel for Defendant<br>EDGAR ROBLES |
| Dated: April 10, 2024 | /s/ DAN HARRALSON<br>DAN HARRALSON<br>Counsel for Defendant<br>JAMES EARL MELO |
| Dated: April 10, 2024 | /s/ MELISSA BALOIAN<br>MELISSA BALOIAN<br>Counsel for Defendant<br>PRISCILLA PITTS |
| Dated: April 10, 2024 | /s/ ROBERT LAMANUZZI<br>ROBERT LAMANUZZI<br>Counsel for Defendant<br>MARIE QUAADMAN |

Dated:  April 10, 2024                                              /s/ MICHAEL AED
MICHAEL AED
Counsel for Defendant
DERRICK WALLEN

**ORDER**

The Court has reviewed the Stipulation to continue the hearing date. The Stipulation has not been signed by all of the parties and will be DENIED.

IT IS SO ORDERED.

Dated:   **April 12, 2024**                              /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE