MICHELE BECKWITH
Acting United States Attorney
ANTONIO J. PATACA
JUSTIN GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00055-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO VACATE TRIAL AND SET CHANGE OF PLEA HEARING |
| v. | |
| ALFONSO ORTIZ, | |
| Defendant. | |

**STIPULATION**

1. By previous order, this matter was set for trial on February 3, 2026.

2. By this stipulation, defendant now moves to vacate the trial as to him only and set a change of plea hearing on May 27, 2025. Time has already been excluded through February 3, 2026.

3. The signed plea agreement was filed on May 7, 2025.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

1

| | |
|---|---|
| Dated: May 13, 2025 | MICHELE BECKWITH<br>Acting United States Attorney |
| | |
| | /s/ ANTONIO J. PATACA<br>ANTONIO J. PATACA<br>Assistant United States Attorney |
| | |
| Dated: May 13, 2025 | /s/ SCOTT QUINLAN<br>SCOTT QUINLAN<br>Counsel for Defendant<br>ALFONSO ORTIZ |

**ORDER**

IT IS SO ORDERED.

Dated:   **May 13, 2025**

UNITED STATES DISTRICT JUDGE

2