ERIC GRANT
United States Attorney
ANTONIO J. PATACA
JUSTIN GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>ALFONSO ORTIZ,<br>                              Defendant. | CASE NO.  1:24-CR-00055-JLT-SKO<br><br>STIPULATION TO CONTINUE SENTENCING HEARING |

**STIPULATION**

1.      By previous order, this matter was set for sentencing on October 6, 2025.

2.      By this stipulation, the parties now move to continue the sentencing hearing to January 26, 2026, to conduct further investigation.  Time has already been excluded through February 3, 2026.

3.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

        IT IS SO STIPULATED.

1

Dated:  September 25, 2025

ERIC GRANT
United States Attorney


/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney


Dated:  September 25, 2025

/s/ SCOTT QUINLAN
SCOTT QUINLAN
Counsel for Defendant
ALFONSO ORTIZ


**ORDER**

IT IS SO ORDERED.

Dated:   **October 1, 2025**

UNITED STATES DISTRICT JUDGE

2