W. SCOTT QUINLAN, 101269
Attorney at Law
2300 Tulare Street, Ste. 300
Fresno, Ca 93721
Telephone: (559) 442-0634

Attorney for Defendant ALFONSO ORTIZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALFONSO ORTIZ,<br>Defendant. | No. 1:24-cr-00055 JLT SKO<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF W. SCOTT QUINLAN AS ATTORNEY OF RECORD AND ORDER** |

On March 14, 2024 Defendant Alfonso Ortiz was indicted on federal crimes. CJA Panel Attorney W. Scott Quinlan was appointed to represent Mr. Ortiz on March 20, 2024. Mr. Ortiz was sentenced pursuant to a plea agreement on May 7, 2025. He was sentenced to 262 months. The time for filing a direct appeal was August 21, 2025. No appeal was filed. Mr. Ortiz was in custody at sentencing. Having completed his representation of Defendant Alfonso Ortiz, his counsel W. Scott Quinlan now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Ortiz require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare

///

Street, Ste. 330, Fresno, Ca 93721 or by telephone at (559-487-5561) (collect) of (855-656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: August 13, 2026

Respectfully submitted,

/s/ W. Scott Quinlan
W. Scott Quinlan, Attorney for
Defendant, Alfonso Ortiz

**ORDER**

Having reviewed the notice and found that attorney W. Scott Quinlan has completed the services for which he was appointed, the Court hereby grants attorney W. Scott Quinlan's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Ste. 330, Fresno, Ca 93721 or by telephone at (559-487-5561) (collect) or (855-656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

The Clerk of the Court is directed to serve a copy of this Order on Defendant Alfonso Ortiz at the following address and to update the docket to reflect Defendant's pro se status and contact information. The Defendant's address is as follows:

Alfonso Ortiz
Registration #03815511
FCI Atlanta
P.O. Box 150160
Atlanta, GA 30315

IT IS SO ORDERED.

Dated: August 13, 2026

UNITED STATES DISTRICT JUDGE